UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-mj-03050 Louis

UNITED STATES OF AMERICA

v.

EDGAR LUIS SOTO,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No

3. Did involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  No

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: /s/Lindsey Maultasch
LINDSEY MAULTASCH
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5502705
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9115
Fax (305) 530-7976
Lindsey.Maultasch@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
|  | ) Case No. 1:23-mj-03050 Louis |
| EDGAR LUIS SOTO, | ) |
|  | ) |
|  | ) |
| Defendant(s) |  |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __05/30/2023__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

Timothy R. Devine, Special Agent, HSI
Printed name and title

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime.

Date: May 31 2023

_____
Judge's signature

City and state: Miami, Florida    Honorable Lauren F. Louis, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Timothy R. Devine, Special Agent with Homeland Security Investigations, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1. I am a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2422, 2423, 2251, and 2252, et seq.

2. I am a Special Agent ("SA") with Homeland Security Investigations ("HSI"), Immigration and Customs Enforcement ("ICE"), SAC Miami, and have been so employed since October 2010. I am currently assigned to the Cybercrimes Child Exploitation Group where I investigate multiple violations of federal law involving the sexual exploitation of children such as trafficking and possession of child pornography, coercion and enticement of minors, and child prostitution. Prior to my employment with HSI, I was commissioned as a Special Agent with the United States Secret Service ("USSS") from April 1999 to October 2010. From 2001 until December of 2008, I specialized in the investigation of Internet child exploitation crimes and was also a certified computer forensic examiner for the USSS. From December 2008 to October 2010, I was assigned to the George W. Bush Protective Division, Dallas, Texas, charged with protecting former President George W. Bush and former first lady Laura Bush. Currently (and during my tenure with the USSS), I work extensively with the Special Victims Units ("SVU") of local law enforcement concentrating on child molestation and Internet child exploitation.

3. As a federal agent, I have participated in investigations of persons suspected of violating federal child pornography laws, including Title 18, United States Code, Sections 2251, 2252 and 2252A. These investigations have included the use of surveillance techniques,

undercover activities, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed thousands of still images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on all forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law enforcement officers. I have also participated in training programs for the investigation and enforcement of federal child pornography laws relating to the use of computers for receiving, transmitting, and storing child pornography.

4. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation, and, during the course of my duties, I have observed and reviewed examples of child pornography. I have also conducted several child pornography and child exploitation investigations, which have involved reviewing examples in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

5. The information set forth in this Affidavit is provided in support of the attached criminal complaint charging Edgar Luis SOTO with the following violation: Possession of Child Pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B). This Affidavit is intended only to establish probable cause to believe that the offense was committed. As such, it does not include each and every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

6. In October 2022, a HSI Special Agent in Miami, Florida, using investigative software, identified a computer user on a peer-to-peer ("P2P") file sharing network whose shared folder contained files believed to depict child pornography ("TARGET COMPUTER"). Specifically, the data from the investigative software indicated that in October 2022, and on prior dates, the shared folder of the P2P software installed on the computer utilizing IP address 73.179.104.18, hereinafter referred to as the "TARGET IP ADDRESS," was observed containing files with hash values unique to files depicting suspected child pornography.

7. Thereafter, law enforcement, utilizing the investigative software on an undercover computer in Miami, Florida, successfully established an Internet connection with the computer assigned the TARGET IP ADDRESS. Once the connection was established, law enforcement downloaded multiple files of suspect child pornography from the P2P shared folder of the computer utilizing the TARGET IP ADDRESS. Thereafter, your affiant reviewed the contents of the files and observed suspected child pornography.

8. On November 9, 2022, subpoenaed business records from Comcast Internet Services ("Comcast") revealed the TARGET IP ADDRESS was assigned to SOTO at his Aventura, Florida, residence, hereinafter referred to as the "TARGET PREMISES," at the times when files of suspected child pornography were observed in the TARGET COMPUTER's P2P shared folder.

9. Further investigation revealed SOTO is a co-owner and resident of the TARGET PREMISES.

10. On March 21, 2023, your affiant served legal process on Comcast requesting records for the user of the TARGET IP ADDRESS from on or about October 27, 2022, at 1:12:51 AM (GMT) to March 19, 2023, at 1:00:00 AM (GMT).

11. On April 3, 2023, subpoenaed business records from Comcast indicated the TARGET IP ADDRESS was assigned to SOTO at the TARGET PREMISES when the aforementioned files of suspected child pornography were downloaded by law enforcement from the P2P shared folder of the computer utilizing the TARGET IP ADDRESS.

12. In March 2023 and after the service of the aforementioned legal process to Comcast, law enforcement, utilizing the investigative software on an undercover computer in Miami, Florida, successfully established an Internet connection with the computer assigned the TARGET IP ADDRESS. Once the connection was established, law enforcement downloaded multiple files of suspect child pornography from the P2P shared folder of the computer utilizing the TARGET IP ADDRESS. Thereafter, your affiant reviewed the contents of the files and observed suspected child pornography.

13. On May 22, 2023, the Honorable Judge Alicia M. Otazo Reyes authorized a federal search warrant for the TARGET PREMISES (case number 23-mj-02970-AOR).

14. On May 30, 2023, law enforcement executed the federal search warrant on the TARGET PREMISES. Upon securing the residence, law enforcement encountered SOTO, in addition to an adult female, and two minor children. During a search of the residence, law enforcement seized multiple pieces of electronic media, including a Dell Desktop Optiplex 380 computer from a desk in the dining area, and an HP Probook 650 G2 laptop computer from the living room. Law enforcement also seized a Seagate 500 GB hard drive, serial number S2ZYJ9KH700062, from a box in the entrance hallway to the residence.

15. On this same date, a preliminary forensic examination by HSI Forensic Agents ("CFA") of the Dell Desktop Optiplex 380 revealed P2P software and multiple files of suspected child pornography in the "Edgar" user profile of the device, including the following:

   a. File titled "COMPILATION pthc 2016 (spda) (phant) niñas y bebitas, 2016 nike.wmv," which contained a video file including still images of preteen children who are naked, exposing their genitals and/or engaging in sexual activity each other or adult males

   b. File titled "(Pthc) Kait (4Yo) Suck & Cum On Face.avi," which contained a video file depicting a preteen female engaging in oral sex with an adult male

   c. File titled "Pthc -Kathie Hottest 5Yo Ever!! Sucking Jerking Masturbating!!.wmv," which contained a video file depicting a naked preteen female exposing her genitals and inserting an object into her vagina. The video also depicts a preteen female engaging in oral sex with an adult male

   d. File titled "(Phant) -- Obediente Niña De 8 Cogida Por Su Papa (Se La Coge Por El Culo Y Le Acaba En La Boca).avi," which contained a video file of a preteen female engaging in oral sex and intercourse with an adult male

   e. File titled "24.jpg," which contains an image file of a preteen/toddler female with an adult male's penis in her mouth

16. This examination also revealed the user of the device had viewed files with names indicative of child pornography as recently as May 27, 2023, at 12:13:54 PM.

17. A preliminary forensic examination by HSI CFA of the HP Probook 650 G2 revealed multiple files of suspected child pornography, including the following:

   a. File titled "! new ! (pthc) veronika and daddy bj and dad cums sdpa(2).avi," which contained a video file depicting a preteen female performing oral sex on an adult male

   b. File titled "!! Tara 8yo Full_0001___pthc_hussyfan_kingpass_liluplanet [8살 후장,anal,loli,로리].avi," which contained a video file depicting a preteen female exposing her genitals and engaging in sexual activity with an adult male, including intercourse and oral sex

   c. File titled "!!!new!!! (pthc) nina 2.avi," which contained a video file depicting a naked preteen female engaging in oral sex with an adult male

5

d. File titled "!!New!!!-pthc-Amber 7yr old pedo-BJ and Buttplug.avi," which contained a video file of a preteen female engaging in oral sex with an adult male

e. File titled "!!!Novo Ptsc- Alyo (6Yo) & Ali (7Yo) pthc - Lttle norwegian angels stroke their erect clits - nudist child masturbation - free family.avi," which contained a video file depicting two naked preteen females exposing their genitals

18. This examination also revealed the user of the device had viewed files with titles indicative of child pornography as recently as May 26, 2023, at 06:54:36 AM. Additionally, the HSI CFA noticed that the hard drive extracted from the HP Probook 650 G2 had a paper taped to it with the words "Ed Soto" written on it.

19. The preliminary forensic examination of the Seagate 500GB HD revealed P2P software and multiple files of suspected child pornography in the "Edgar" user profile of the device, including the following:

a. File titled "2015 pthc 38 cumshots.avi," which contained a video file depicting adult men ejaculating on multiple preteen females

b. File titled "(Pthc) Rca-4 5Yr Girl Only The Best.avi," which contained a video file depicting an adult male engaging in intercourse with a preteen female

c. File titled "1St Studio - Siberian Mouse - Nk-007 Sample (Pthc 2012 Pedo)(0).avi," which contained a video file depicting a naked preteen female exposing her genitals and masturbating

d. File titled "23.08.2005 0-41-30_0096.jpg," which contained an image file depicting a naked preteen female exposing her genitals

e. File titled "Imgsrc Ru pthc Pedo Babyshivid Childlover Private Daughter Torpedo Ranchi Lolita - 128678096368.jpg," which contained an image file depicting a naked preteen female exposing her genitals

20. Continuing on May 30, 2023, law enforcement interviewed SOTO in a law enforcement vehicle parked outside the TARGET PREMISES building. Prior to questioning, SOTO was advised of his *Miranda* rights, which he stated he understood and waived both verbally and in writing. SOTO stated he lives at the TARGET PREMISES with his son, who is currently

6

in Japan. SOTO stated that he bought a HP laptop and a Dell laptop, but he rarely uses them. SOTO stated he mostly uses the Dell laptop, but his son sometimes uses it to print or look something up. SOTO stated he has a profile on the Dell Desktop and sometimes takes a laptop with him when he travels. He stated a family friend has used the Dell Desktop computer; however, he indicated the friend only visits once or twice a year. SOTO stated he had previously used file sharing software but has not utilized the programs in a while.

21. Law enforcement's investigation revealed that SOTO's son, whose initials are J.S., left the United States on or about May 18, 2023, and had not yet returned as of the date of the execution of the warrant.

## CONCLUSION

22. Based on the aforementioned information, I respectfully submit that there is probable cause to believe that Edgar SOTO did knowingly commit the offense of possession of child pornography, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
TIMOTHY R. DEVINE
SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Attested to by the applicant in accordance ith the requirements of Fed. R. Crim. P. 4.1
by Face Time this 31 day of May 2023.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE